```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 07359
   ATLAS W BROWN
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2648


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 03/26/08 .

   2.   The case was dismissed without confirmation, 09/12/2008.

   3.   The Debtor paid a total of $   1309.81 .

   4.   The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                         PAID         PAID
-----------------------------------------------------------------------
GMAC RESCAP LLC          CURRENT MORTG         .00            .00          .00
GMAC RESCAP LLC          MORTGAGE ARRE   NOT FILED            .00          .00
OAKS OF FOREST HILLS     SECURED             65.73            .00       282.96
HERITAGE ACCEPTANCE CORP SECURED VEHIC        .00             .00       450.00
STATE DISBURSEMENT UNIT  PRIORITY        NOT FILED            .00          .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED            .00          .00
FORD MOTOR CREDIT CO     SECURED VEHIC        .00             .00       240.00
CREDIT ACCEPTANCE CORP   UNSECURED       NOT FILED            .00          .00
ASSET ACCEPTANCE CORP    UNSECURED       NOT FILED            .00          .00
ASSET ACCEPTANCE CORP    UNSECURED       NOT FILED            .00          .00
COLLECTION CO OF AMERICA UNSECURED       NOT FILED            .00          .00
COMED                    UNSECURED       NOT FILED            .00          .00
ENCORE RECEIVABLE MGMT   UNSECURED       NOT FILED            .00          .00
FIRST PREMIER BANK       UNSECURED       NOT FILED            .00          .00
ARROW FINANCIAL SERVICES UNSECURED       NOT FILED            .00          .00
FIRST NATIONAL CREDIT CA UNSECURED       NOT FILED            .00          .00
LVNV FUNDING             UNSECURED       NOT FILED            .00          .00
MIDLAND FINANCE          UNSECURED       NOT FILED            .00          .00
NCO FINANCIAL SYSTEMS    UNSECURED       NOT FILED            .00          .00
PALISADES COLLECTION     UNSECURED       NOT FILED            .00          .00
-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                         PAID         PAID
-----------------------------------------------------------------------
RISCUITY                 UNSECURED       NOT FILED            .00          .00
RECEIVABLES MANAGEMENT I UNSECURED       NOT FILED            .00          .00
RECEIVABLES MANAGEMENT I UNSECURED       NOT FILED            .00          .00
RECEIVABLES MANAGEMENT I UNSECURED       NOT FILED            .00          .00
VERIZON WIRELESS         UNSECURED       NOT FILED            .00          .00
WEST ASSET MANAGEMENT    UNSECURED       NOT FILED            .00          .00
THE CHICAGO DEPT OF REVE UNSECURED       NOT FILED            .00          .00
```

```
      Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER       TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED    65.73           .00          .00          .00       65.73
PRINCIPAL PAID       972.96           .00          .00          .00      972.96
INTEREST PAID           .00           .00          .00          .00         .00
TOTAL PAID           972.96           .00          .00          .00      972.96
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $   3500.00
and was paid $    306.00  direct and $       .00  through the plan.

The Trustee received $     59.92 .

Refunds to the Debtor totaled $    276.93 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/17/08                 /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 07359 ATLAS W BROWN